WILLIS S. HOUSEL, as Executor of ELIZABETH W. SHELDON, Deceased, Respondent, *v.* NETTIE V. C. SMITH, Individually and as Executrix of CARRIE T. COOK, Deceased, et al., Appellants.

*Housel* v. *Smith*, 155 App. Div. 944, affirmed.

(Argued November 24, 1914; decided December 8, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 27, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage on real property.

*Charles Newton* for appellants.

*Sanford T. Church* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, CUDDEBACK and MILLER, JJ. Dissenting: WILLARD BARTLETT, Ch. J., and COLLIN, J.